FILED
JUN 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN ACOSTA VELASQUEZ,
AKA "JUAN ACOSTA," AKA "JOHNNY,"

Defendant.

CASE NO. 1:12CR00171 LJO-SKO

**[PROPOSED] ORDER UNSEALING INDICTMENT**

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED as the defendant(s) has/have been apprehended.

Dated: June 13, 2012

HON. GARY S. AUSTIN
U.S. Magistrate Judge