| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:12-CR-00171-LJO |
| | Plaintiff, | JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | | |
| JUAN ACOSTA VELASQUEZ, | | |
| | Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the status conference in the above-captioned matter now scheduled for April 29, 2013, may be rescheduled for June 17, 2013 at 1:00 p.m.

This continuance is at the request of the parties to allow additional time for negotiation and investigation. The requested continuance will conserve time for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: April 25, 2013          /s/ Melanie L. Alsworth
                               MELANIE L. ALSWORTH
                               Assistant United States Attorney

DATED: April 25, 2013          /s/ Mark Girdner
                               MARK GIRDNER
                               Attorney for Defendant

                               Attorney for Defendant Juan Acosta Velasquez

## ORDER

The parties' stipulated request for a continuance of the status conference to June 17, 2013, to allow the parties additional time to achieve a mutually agreeable resolution of this matter is GRANTED. The delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the interests of the public and defendant in a speedy trial.

Should the parties resolve the case, they shall inform the court so the matter can be reset as a change of plea hearing before United States District Judge Lawrence J. O'Neill on June 17, 2013 at 8:30 a.m. If the parties are unable to resolve this matter, the parties shall be prepared to select a trial date at the next status conference.

IT IS SO ORDERED.

   Dated:   **April 25, 2013**                  /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com