| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | MELANIE L. ALSWORTH |
|   | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA  93721 |
| 4 | Telephone:  (559) 497-4000 |
|   | Facsimile:   (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00171-LJO |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND  ORDER |
| v. | |
| JUAN ACOSTA VELASQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the change of plea hearing in the above-captioned matter now scheduled for July 29, 2013, may be rescheduled for August 5, 2013 at 1:00 p.m.

This continuance is at the request of the parties to allow additional time for signing of Plea agreement.  The requested continuance will conserve time for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

1

IT IS SO STIPULATED.

DATED: March 26, 2013       /s/ Melanie L. Alsworth
                            MELANIE L. ALSWORTH
                            Assistant United States Attorney

DATED: March 26, 2013       /s/ Mark Girdner
                            MARK GIRDNER
                            Attorney for Defendant

                            Attorney for Defendant Juan Acosta Velasquez

IT IS SO ORDERED.

   Dated:  **July 23, 2013**                **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE