BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JUAN ACOSTA VELASQUEZ,<br><br>                Defendant. | CASE NO. 1:12-CR-00171-LJO<br><br>JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the change of plea hearing in the above-captioned matter now scheduled for August 5, 2013, may be rescheduled for September 23, 2013 at 8:30 a.m.

This continuance is at the request of the parties to allow additional time as government has provided supplemental discovery (lab report) that needs to be discussed with client because it may affect sentencing range. Due to the supplemental discovery negotiations and discussions with client must be revisited. Upon the finalization of these discussions the additional time will allow for signing of Plea Agreement also. Defendant is currently incarcerated down in Bakersfield and attorney is located in Modesto, Ca and this has caused scheduling conflicts in regards to the attorney getting to visit client for purposes of reviewing the new discovery as the attorney has been in multiple trials last few weeks and is scheduled for two more trials in the upcoming weeks. The requested continuance will conserve time for both counsel and the court.

1

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

/// IT IS SO STIPULATED.

DATED: March 26, 2013        /s/ Melanie L. Alsworth
                             MELANIE L. ALSWORTH
                             Assistant United States Attorney

DATED: March 26, 2013        /s/ Mark Girdner
                             MARK GIRDNER
                             Attorney for Defendant

                             Attorney for Defendant Juan Acosta Velasquez

ORDER

Granted. Time excluded for good cause.

IT IS SO ORDERED.

Dated: **July 31, 2013**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE