| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MELANIE L. ALSWORTH |
| | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00171-LJO |
| Plaintiff, | JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| JUAN ACOSTA VELASQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the change of plea hearing in the above-captioned matter now scheduled for September 23, 2013, may be rescheduled for October 21, 2013 at 8:30 a.m.

This continuance is at the request of the parties to allow additional time for signing of Plea agreement. Furthermore, Mark W. Girdner, attorney for Defendant, has been very ill and in the hospital for a medical issue. He has been ordered to stay off his feet for an extended time as it may result with major complications if he does not. Please find attached a notice from Kaiser as to the status of Mark W. Girdner (Exhibit 1). The requested continuance will conserve time for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

1

IT IS SO STIPULATED.

DATED: September 13, 2013          /s/ Melanie L. Alsworth
                                   MELANIE L. ALSWORTH
                                   Assistant United States Attorney

DATED: September 13, 2013          /s/ Mark Girdner
                                   MARK GIRDNER
                                   Attorney for Defendant

                                   Attorney for Defendant Juan Acosta Velasquez

## ORDER

IT IS SO ORDERED this 16th day of September, 2013.

                                   /s/ Lawrence J. O'Neill
                                   HONORABLE LAWRENCE J. O'NEILL
                                   UNITED STATES DISTRICT COURT JUDGE